STATE EX REL. CARROLL, RELATOR, *v.* DISTRICT COURT
ET AL., RESPONDENTS.

(No. 3,689.)

(Submitted September 20, 1915. Decided October 13, 1915.)

[151 Pac. 1051.]

*Writs—Supervisory Control—Moot Questions—Dismissal.*

1. Where, after the submission of an application for a writ of supervisory control by relator in his capacity as the guardian of an incompetent, he ceased to be such guardian, another being appointed in his place, the question presented by the application thus becoming a moot one, dismissal will follow.

Original application by the State on the relation of Jos. J. Carroll, for writ of supervisory control to set aside an order of District Court of the First Judicial District, J. M. Clements, Judge presiding, made on June 16, 1915. Proceeding dismissed.

*Messrs. Galen & Mettler* and *Mr. E. D. Phelan,* for Relator.

*Mr. W. D. Rankin,* for Respondents.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

Since the application was made to this court, Joseph J. Carroll has ceased to be the guardian of the person and estate of Mary Murphy, incompetent. Another guardian has been appointed and has qualified. The order of which complaint is made has become *functus* and the only question now involved is a moot one. For these reasons the proceeding is dismissed.

*Dismissed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.